| STATE OF LOUISIANA | * | NO. 2021-KA-0118 |
| VERSUS | * | COURT OF APPEAL |
| KENNETH J. SESSION | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

RLB

**BELSOME, J., CONCURS WITH REASONS**

I concur in the majority's opinion but write separately to address the briefing in this appeal. I find it troubling that this Court's review of the record identified blatant inaccuracies in the representation of facts associated with an assignment of legal error made to this Court in briefs filed by counsel for the defendant and counsel for the State. Consequently, I would remind counsel of record, for both parties, of their professional duty of candor toward the court.[1]

---

[1] *See,* Rules of Prof. Conduct: Rule 3.3(a) (Candor Toward the Tribunal).